**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CRAPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND AND APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND,
et al.,

                            Petitioners,                            22 **CIVIL** 3340 (LGS)

        -against-                                       **JUDGMENT**

B AND S CONSTRUCTION, INC.,
                              Respondent.
----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated July 8, 2022, the Petition is GRANTED IN PART. Petitioners are

entitled to $9,880.61, as set forth in the Award. Petitioners are also awarded $1,005 in attorneys'

fees and $77 in costs for a total award of $10,962.61. Petitioners are entitled to post-judgment

interest on the award, calculated at the statutory rate prescribed by 28 U.S.C. § 1961 from the date

of judgment until payment is made; accordingly, the case is closed.

**Dated**: New York, New York
        July 8, 2022

                                        **RUBY J. KRAJICK**
                              _____
                                      **Clerk of Court**
           **BY:**      *K. Mango*
                                      _____
                                      **Deputy Clerk**